

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00204-CR

Robert **RODRIGUEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0979-CR-A
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant has filed a second motion to extend time to file appellant's brief.  We **GRANT** the motion and **ORDER** appellant to file the brief in this court on or before September 15, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle